

# Enhanced Recovery Company, LLC

| | | | |
|---|---|---|---|
| NMLS ID: 953724 | Street Address: 8014 Bayberry Rd. Jacksonville, FL 32256 | Phone: 904-680-2591x2028 Toll-Free Number: Not provided | Website: www.ercbpo.com Email: rlandell@ercbpo.com |
| | Mailing Address: 8014 Bayberry Rd. Jacksonville, FL 32256 | Fax: Not provided | |

Other Trade Names : Enhanced Resource Centers; ERC

Prior Other Trade Names : Enhanced Recovery Company, LLC

Prior Legal Names : None

Sponsored MLOs : 0

Fiscal Year End: 12/31   Formed in: Delaware, United States   Date Formed: 11/22/1999   Stock Symbol: None   Business Structure: Limited Liability Company

Regulatory Actions : None posted in NMLS.

## Branch Locations (4 Active, 3 Inactive)

## State Licenses/Registrations (Displaying 12 Active of 12 Total)

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|
| Arizona | Collection Agency License | Yes | Submit to Regulator |
| Connecticut | Consumer Collection Agency License | Yes | Submit to Regulator |
| Idaho | Collection Agency License | Yes | Submit to Regulator |
| Indiana-SOS | Collection Agency License | Yes | Submit to Regulator |

   Lic/Reg #: 6644   Original Issue Date : 08/28/2002

   Status : Approved   Status Date: 12/28/2012   Renewed Through : 2020

   Other Trade Names used in Indiana-SOS : Enhanced Resource Centers; ERC

   View Resident/Registered Agent(s) for Service of Process ›

| | | | |
|---|---|---|---|
| Maryland | Collection Agency License | Yes | Submit to Regulator |
| Massachusetts | Debt Collector | Yes | Submit to Regulator |
| Massachusetts | Debt Collector Other Trade Name #1 | Yes | Submit to Regulator |
| Montana | Consumer Loan License | Yes | Submit to Regulator |
| North Dakota | Collection Agency License | Yes | Submit to Regulator |
| Oregon | Collection Agency Registration | Yes | Submit to Regulator |
| Rhode Island | Debt Collector Registration | Yes | Submit to Regulator |
| Wyoming | Collection Agency License | Yes | Submit to Regulator |

Regulatory Actions    While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator listed.

No regulatory actions have been posted in NMLS.

EXHIBIT
1

Information made available through NMLS Consumer Access℠ is derived from NMLS (Nationwide Multistate Licensing System / Nationwide Mortgage financial services industry's online registration and licensing database. NMLS was created by the Conference of State Bank Supervisors (CSBS) and the American Association of Residential Mortgage Regulators (AARMR) and is owned and operated by the State Regulatory Registry LLC (SRR), a wholly owned subsidiary of CSBS. For more information about the System, please visit the NMLS Resource Center or the NMLS Federal Registry Resource Center websites. | Download PDF Reader