*Lim Law Offices*
ATTORNEYS AT LAW
P.O. BOX 761
Hayward, Wisconsin 54843

NEOPOST
FIRST-CLASS MAIL
$000.50⁰
04/16/2020 ZIP 46227
042L1148073232

Enhanced Recovery Company
8014 Bayberry Road
Jacksonville, FL 32256

EXHIBIT
2B

Lein Law Offices
ATTORNEYS AT LAW
15692 HWY 63 NORTH
REPLY TO P.O. BOX 761
Hayward Wisconsin 54843

CURTISS N. LEIN*
SUSAN C. LEIN
MATTHEW C. LEIN

(715) 634-4273
FACSIMILE (715) 634-5051
EMAIL: contact@leinlawoffices.com
Web Site: www.leinlawoffices.com
*licensed in Minnesota and Wisconsin

BRANCH OFFICE
WINTER, WISCONSIN
(715) 266-3002

April 16, 2020

Enhanced Recovery Company
8014 Bayberry Road
Jacksonville, FL 32256

Please be advised that this office represents the individual(s) in assistance to provide debt relief.

Client Name: David P. Dragovich & Brenda L. Dragovich
Address: 85465 County Road F, Butternut, WI 54514
Social Sec.: ███5377 & ███7659

    The purpose of this letter is to provide you with written notice that the above-referenced individual(s) is in fact and in law represented by this office for all debts that he or she may have. As a result of this notice, and pursuant to 15 U.S.C. §1692 you are to immediately terminate any further direct or indirect contacts with the above-referenced individual(s). Please be advised that prohibited contacts include, but are not limited to, all forms of communication by letter, phone, fax, e-mail, text messages, any communication through social media of any type, or by any other means. This prohibition includes any contact directly, indirectly or in any way with any employer, family member, friend, or other creditor of the above-reference individual(s).

    Please be advised that the above-referenced individual(s) disputes the debt which you are attempting to collect. Please direct all future communications to this office. Please do not contact the above-referenced individual(s) directly.

    Upon receipt of this letter, any further direct or indirect contacts with the above-referenced individual(s) must be terminated. In the event that legal representation for the above-referenced individual(s) is terminated, then this office will contact you. If you have any questions, please feel free to contact this office. Thank you for your time and attention to this matter.

                                                  Respectfully submitted,

                                                  /s/ Matthew C. Lein
                                                Matthew C. Lein
                                                Lein Law Offices
                                                Attorney at Law

MCL/kja