# Credit Profile Report

Co-Applicant

06/15/2020-03:13:57 PM CT

## Personal Information

| | | |
|---|---|---|
| **Best Name** <br> BRENDA L DRAGOVICH | **Other Name(s)** <br> *BRENDA LINSMEYER <br> *Does not match inquiry | |
| **Best Social Security number** | **Other Social Security number(s)** | **Date of Birth** |
| **Best Address** <br> *74215 SCHMIDT RD <br> GLIDDEN, WI 54527-9240 <br> Single-family dwelling <br> Reported 2 time(s) from 03/10/2010 <br> Last subscriber 1270240 by Update <br> *Does not match inquiry | **Other Address(es)** <br> 85465 COUNTY ROAD F <br> BUTTERNUT, WI 54514-8654 <br> Single-family dwelling <br> Reported 2 time(s) from 07/16/2010 to 12/28/6 by Update | *12583 FLAMBEAU RD <br> BUTTERNUT, WI 54514-8620 <br> Single-family dwelling <br> Reported 08/28/2010 to 03/15/2012 by Update <br> *Does not match inquiry |
| **Best Employer** <br> SELF EMPLOYED <br> Reported 03/2020 by Inquiry | **Other Employer** | |

## Messages

### Informational Messages

| Type | Message |
|---|---|
| | 0084 SSN MATCHES |

## Profile Summary

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Disputed Accounts | 0 | Delinquency Counter: (Past 7 years) | | 30 <br> 7 | 60 <br> 8 | 90+ <br> 13 | Derog <br> 30 |
| Public Records: | 0 | Past Due Amount: | $3,060 | Total Inquiries | 5 | Satisfactory Accts: | | 2 | |
| Installment Bal: | $1,676 | Monthly Pay: | $0* | Inquiries (last 6 mo): | 1 | Now Delinq/Derog: | | 4 | |
| Real Estate Bal: | N/A | Real Estate Pay: | N/A | Total Tradelines: | 9 | Was Delinq/Derog: | | 3 | |
| Revolving Bal: | $1,384 | Revolving Avail: | 0% | Paid Accounts: | 3 | Oldest Tradeline: | | 02/2012 | |

*Not all trades are included in this calculation

**EXHIBIT**



**'ENHANCED RECOVERY CO L** / 1384486 / V2 - Collections - Non-Specific

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 01/08/2020 | $811 | 01/2020 | $611 | | 05/31/2023 | $811 |

Account Condition:

Account #: ▓▓▓▓960

Payment Status: Seriously past due

Responsibility: Individual

Account Type: Collection Department/Agency/Attorney

Account Terms: 1 Month

Payment History: (16 to 25 months)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | 9 | 9 | 9 | 9 | | | | | | | | |
| 2019 | | | | | | | | | | | | |

| Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 30 | 0 | 0 | 4 |
| | 0 | 0 | 0 | 4 |

Worst Delinquency:
Worst Delinq Date:
Months Reviewed: 4

