UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Brenda Dragovich<br><br>    Plaintiff,<br>v.<br><br>Enhanced Recovery Company, LLC<br><br>    Defendant. | Case No. 20-cv-01065 |

**NOTICE OF SETTLEMENT**

A settlement has been reached between the parties. A notice of voluntary dismissal with prejudice will be filed within 60 days of when the settlement agreement is signed by the Plaintiff.

        /s/ Matthew C. Lein
        Matthew C. Lein
        State Bar No. 1084028
        Attorneys for Plaintiff
        **LEIN LAW OFFICES, LLP**
        15692 Hwy 63 North
        PO Box 761
        Hayward, Wisconsin 54843
        Telephone: (715) 634-4273
        Facsimile: (715) 634-5051
        mlein@leinlawoffices.com